Name: Thomas H. Clay
TDCJ-No: 1124123
Allen B. Polnsky 12 Bldg E Pod 2 cell
3872 FM 350 South
Livingston, Texas 77351

**FILED**

JAN 07 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California In
Oakland Division
To The Ninth Circuit Court of Appeals

| | |
|---|---|
| Thomas H. Clay #1124123<br>Plaintiff Prose Subclass Representative,<br><br>v.<br><br>Director Machine of Internal Revenue Service<br>Dept. of Treasury | Civil Action No. 4:21-CV-08132 PJH<br>Appeal No. _____<br>Timely "Renewed" Notice of Appeal After<br>Denial of 59(e) Motion Timely Filed in<br>(10) Ten Days After Judgment. |

A. Timely Renewed Notice of Appeal within 10 day of Judgment.

1. Now Comes Appellant Prose, Thomas H. Clay #1124123, who timely files This "Renewed Notice of Appeal", Pursuant to FRCP 59. And shows the following Issues of appeal. The District Court Abused its Discretion on by failing to rectify such Prima facie error As Pointed out in 59(e) Motion. And show the Court the following

    Statement of Notice on Issue on Appeal

    I.

2. Appellant Identified Several Issues and Pointed out That The IRS Assumed the Mandatory duty, of Cost And Notice duty, In order to set in Motion "scheme" to dissimulatively Cover "Actions" that show forth "Contempt of Court order", by the Fluid Recovery scheme that Denied "only" All "Via Regular Mail Prisoner utilizers filing" Form 1040/1040SR From October 2020 - December 31st 2020 Timely. The IRS Issued An "Instruction" Not Notice Under FRCP 23(c)(2) Specifically Allotted to Class Representative Plaintiff. The District Court Judge Hamilton's resolution of Notice Problem Causing Denial of EIP was erroneous in failing to Comply with FRCP.

-1-

## Certificate of Service

I, Thomas H. Clay #1124123 hereby Certify that A True And Correct Original Copy of the Forgoing Renewal Notice of Appeal was sent to the United States District Court, For the Norther District of California, Court Clerk, to forward to Ninth Circuit Court of Appeals; At 1301 Clay Street, Suit# 400 S, Oakland California 96412 5212 with Prior sent 6 Month Printout and Application to Proceed IFP, And was Placed in The Texas Dept. of Criminal Justice Inst Div Indigent Legal Mail System with Full Paid First Class Postage At the date Signed Below:

Signed this the 20th Day of December In the year of 2021.

Thomas H. Clay #1124123
Plaintiff/Pro-se/Appellant Pro-se
Thomas H. Clay

## Proof of Service

Proof of service is Not Practicable being No Defendant was Served with Action Dismissed, Arbitrarily and Capriciously with Prejudice

Thomas H. Clay Art

## Verification

I, Thomas H. Clay hereby verify that the Forgoing Document is true and Correct to to best of My Ability and Knowledge And is Subject to The Penalty of Perjury. 28 U.S.C. 1746 + 18 USCA 1621)

Signed This The 29th Day of December In the year of 2021.

Thomas H. Clay #1124123
Allan B. Polunsky Unit
12 Bldg C-Pod -2 cell
3872 FM 350 South
Livingston Texas 77351

-3-

(C.) Individual Notice to All Class Members Did Not occur (3) Impairs All cost or part of cost of Notice on defendants IRS. See, Eisen v. Carlise + Jacqueline, 417 U.S. 156, 40 L.Ed 2d 732, 94 S.Ct. 2140 (1974)

a. The errors of Predetermined Individual Monetary claims Protections Under FRCP 23 (b)(3) Not Necessary. The court left a discretionary duty to IRS Agency when Secretary of Treasury is Bound by Statute 26 USC 6428(f)(3) stating, The Secretary [Shall] subject to the Provisions of This title, Refund or "Credit" Any over Payment Attributable to this section [rapidly as Possible]. In Scholl Id 2020 U.S. Dist Lexis 36) state "The use of the word [Shall] indicates a Mandatory Command From Congress to The Treasury Dept. and IRS, To Issue Advance refund and "does Rapidly", see Serv. Emps. Int'l Union v. United States, 598 F.3d 1110, 1113 (9th cir 2010) "Shall" Creates a "Liberty Interest" under Equal Protection, Erroneously denied consideration in order of 59(e) Motion.

3. The District Court Avoided The 5. USC § 704 && 706(2) Arbitrary and Capricious review on the Reasonableness of The IRS's Actions and decision making Process. The Appellant claimed IRS Actions in Denying such when Timely filed by Regular Mail From October - Dec. 31st 2020 And Showed with Exhibits A-1, B-2 and C-3 in Appendix of 59(e) Motion of Exhausted Claim for All (3) Three EIP under Equal Protection, If filed in time Period under 5 USC § 5596 [Back Pay Act] And if Not, There is No Forum of Resolution. These Acts occurred Prior to Dec. 31st 2020. The Wrongful Disallowance of 26 USC § 6428(f)(3) and (a) Moneys Are Not Barred by 5.USC § 702s Monydamage Exception. 763 F2d 1441 (1cir 1985). Authorized Jurisdiction overlooked.

These are The Issues concerning the Bypass of Protections of FRCP 23(b)(3) Sought to be Appealed in The 9th Circuit Court of Appeals. Wherefore, The Appellant Files this Timely Notice of Renewal Appeal Notice After denial of 59(e) Motion with in Ten (10) days of Judgment.

— 2 —

Thomas M. Clay #1124123
Polunsky Unit 12 Blds F-Pod-2cell
3872 FM 350 South
Livingston, Texas 77351

[Legal Mail]

NORTH HOUSTON TX 773
3 JAN 2022 PM 5 L

To: The United States District Court
For The Northern District of California, Oakland
Attn: Hon. Dist. Clerk/Official Chief of Appeals Clerk
1301 Clay St., Suite # 400S
Oakland, CA 94612-5212

